PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Delroy Anderson                                  Cr.: 00-00683-002
                                                                   PACTS Number: 027865

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: 07/11/05

Original Offense: Conspiracy to Defraud the United States and Wire Fraud

Original Sentence: 71 months imprisonment; 3 years supervised release, $104,436 restitution, and $200 special assessment.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 02/02/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for            Years, for a total term of           Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The offender shall pay restitution at the rate of $250 per month during the term of supervised release.

## CAUSE

On July 11, 2005, the Honorable William H. Walls ordered that "the Court will set the payment plan upon assessment of the defendant's ability to pay." Based on the offender's gross monthly income, and his agreement to same, we are requesting a modification of the court order dated July 11, 2005, regarding restitution. Based on the offender's income, and his agreement to same, the offender shall make monthly restitution payments in the amount of $250. The offender has signed Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the modification.

Respectfully submitted,

*Donna W Shaw*
By: Donna W. Shaw
    Senior U.S. Probation Officer
Date: 1/26/10

PROB 12B - Page 2
Delroy Anderson

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[   ] The Extension of Supervision as Noted Above
[   ] No Action
[   ] Other

Signature of Judicial Officer

29 James 2011
Date